**JS-6**

USBC - Los Angeles
2:11-bk-32945-SK

# United States District Court
# Central District of California

| | |
|---|---|
| IN RE ELKE MAGDALENA LESSO, | Case № 2:14-cv-01577-ODW |
| Debtor. | |
| FUCHS & ASSOCIATES, INC., | Bankruptcy Case № 2:11-bk-32945-SK |
| Appellant, | |
| v. | **JUDGMENT FOR APPELLEE** |
| JASON M. RUND, | **JASON M. RUND** |
| Appellee. | |

In light of the findings of fact and conclusions of law contained in the Court's July 24, 2014 Order Affirming Bankruptcy-Court Decision (ECF No. 16), the Court **ORDERS** the Clerk of Court to enter judgment as follows:

1.   Judgment for APPELLEE JASON M. RUND and against APPELLANT FUCHS & ASSOCIATES, INC.;

2.   The Court **AFFIRMS** the United States Bankruptcy Court for the Central District of California's February 25, 2014 Order Granting Chapter 7 Trustee's Motion for Order: (1) Authorizing Sale of Estate's Right, Title and Interest in Real Property Free and Clear of Liens of Stanley Heyn, Fuchs & Associates, Inc. and Franchies [*sic*] Tax Board; (2) Approving Overbid Procedure; (3) Approving Payment of

Commissions; and (4) Finding Purchaser Is a Good Faith Purchaser in Bankruptcy Case No. 2:11-bk-32945; and

3.  The Clerk of Court shall close this case.

**IT IS SO ORDERED.**

July 24, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**